BK 0213 PG 1487    **EXHIBIT A**

## ABSTRACT OF JUDGMENT

Case No. CL16002484-00

HANOVER CIRCUIT COURT .................................... Circuit Court
CITY OR COUNTY

COSTEN FLOORS, INC.    v    WILLIAM H. ROMM, INC.
FULL NAME OF PLAINTIFF(S)         FULL NAME OF DEFENDANT

                                11357 NUCKOLS RD, STE 175
P.O. BOX 29468                  GLEN ALLEN, VA 23059
                                DEFENDANT'S ADDRESS

RICHMOND, VIRGINIA 23242
                                DEFENDANT'S DATE OF BIRTH/SSN (LAST 4 DIGITS ONLY)

This is to certify that a Judgment was rendered in    WILLIAM H. ROMM, III
[X] this Court                                         FULL NAME OF DEFENDANT
[ ]
                                                       2615 JORDAN COURT
in favor of:                                           GLEN ALLEN, VIRGINIA 23059
    [X] PLAINTIFF(S) against DEFENDANT(S)              DEFENDANT'S ADDRESS
    [ ] DEFENDANT(S) against PLAINTIFF(S)
    [ ] .................... v ....................    DEFENDANT'S DATE OF BIRTH/SSN (LAST 4 DIGITS ONLY)

containing the following terms:

| DATE OF JUDGMENT |
|---|
| SEPTEMBER 1, 2016 |

RECORDED IN COUNTY OF HENRICO, VA
HEIDI S. BARSHINGER, CLERK OF CIRCUIT COURT
**FILED** Sep 28, 2016    03:30 pm
**BOOK** 00213
**PAGE** 1487 TO 1487
**INSTRUMENT #** 201600013688

ICJ

| $ 27,537.01 | AMOUNT OF JUDGMENT |
|---|---|

HOMESTEAD EXEMPTION WAIVED    [ ] YES  [ ] NO    [ ] CANNOT BE DEMANDED

$ .......................... ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED

INTEREST RATE(S) AND BEGINNING DATE(S)
18% PER ANNUM, APRIL 22, 2016

| COSTS | ATTORNEY'S FEES | ATTORNEY |
|---|---|---|
| $ 139.00 | $ 6,884.25 | DERRICK E. ROSSER |

OTHER:

I certify the above to be a true abstract of a Judgment docketed in the Clerk's office of this Court in Judgment Lien Docket
Book/Reel ........ 65 ........, page/frame ........ 855 ........, or Instrument/Image ........................

on  SEPTEMBER 1, 2016 at 9:39 AM

SEPTEMBER 27, 2016                    FRANK D. HARGROVE, JR _____ Clerk
DATE                                   by _____
                                              DEPUTY CLERK

FORM CC-1464 (MASTER) 7/07
VA. CODE §§ 8.01-449, 8.01-461