**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:                                                              **Case No. 19-30155-KRH**
**WILLIAM HENRY ROMM III,**                                         **Chapter 13**
        **Debtor.**

### <u>ORDER DECLARING JUDGMENT LIEN SATISFIED</u>

This matter comes before the Court on the Motion for Entry of Order Declaring Judgment

Lien Satisfied (the "Motion") filed by William Henry Romm III (the "Debtor"), by counsel; and

It appearing to the Court that:

1.      The Debtor has complied with the requirements of Fed. R. Bankr. P. 5009(d),

including the service provisions thereof;

2.      No parties in interest have filed any timely response or objection to the Motion;

3.      As of the date of the filing of Debtor's bankruptcy case, Debtor held and continues

to hold an ownership interest in  real property located at 2615 Jordan Court, Glen Allen, VA

23060 (the "Property"), which Property is more particularly described as follows:

ALL that certain lot, piece or parcel of land, lying and being in Henrico County, Virginia, shown and designated as Lot 35, Block A, Section C, Windsor Woods, as shown on subdivision plat prepared by Charles L. Wingate, P.L.S., dated April 16, 1984, and recorded June 21, 1984, in the Clerk's Office, Circuit Court, Henrico County, Virginia, in Plat Book 78, page 35, to which plat reference is made for a more particular description.

BEING the same real estate conveyed to William H. Romm, III and Holly R. Romm, husband and wife, as tenants by the entirety with the right of survivorship as at common law, by deed from Frances G. Kirby and Patricia A. Alley, dated September 29, 2006, recorded December 21, 2006 in the Clerk's Office, Circuit Court, Henrico County, Virginia in Deed Book 4260, page 467

4.      The Property is encumbered by a lien that secures payment of a judgment in the

principal amount of $27,537.01 (the "Judgment Lien") to Costen Floors, Inc. ("Costen");

Stephen F. Relyea (VSB #77236)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone: (804) 358-9900
Counsel for Debtor

5.      The Judgment Lien was recorded on September 28, 2016 in the Clerk's Office for the Circuit Court of the County of Henrico, Virginia, at Instrument No. 201600013688 (Deed Book 213, Page 1487);

6.      Debtor's chapter 13 plan, filed on January 15, 2019 (the "Plan"), provided for the Judgment Lien to be avoided;

7.       Debtor served a copy of the Plan along with special notice of the proposed lien avoidance upon Costen, in accordance with the requirements of Fed. R. Bankr. P. 7004; and

8.      Costen did not timely object to the Plan Debtor's proposed treatment of the Judgment Lien, and the Plan was confirmed by the Court on April 29, 2019,

Upon consideration of which, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Costen's Judgment Lien, recorded on September 28, 2016 in the Clerk's Office for the Circuit Court of the County of Henrico, Virginia, at Instrument No. 201600013688 (Deed Book 213, Page 1487), has been properly avoided under the terms of the confirmed Plan; and it is further

ORDERED that, upon the Debtor's successful completion of the Plan, the Judgment Lien shall be released, and the interests of Costen shall thereby be extinguished; and it is further

ORDERED that neither this order nor any corresponding release of the Judgment Lien shall be recorded in the applicable state circuit court unless and until the conditions of the preceding paragraphs are met; and it is further

ORDERED that, notwithstanding the above, the debt secured by the Judgment Lien shall be treated as unsecured for the purpose of distributions by the Chapter 13 Trustee in this case; and it is further

ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: _____

_____
U.S. Bankruptcy Judge

Entered on Docket: _____

[SIGNATURES OF COUNSEL APPEAR ON FOLLOWING PAGE]

I ask for this:

_____
Stephen F. Relyea (VSB #77236)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone: (804) 358-9900
Counsel for Debtor

Seen:

_____
Carl M. Bates, Esquire
Chapter 13 Trustee

## **<u>CERTIFICATION</u>**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

_____
Counsel for Debtor

## PARTIES TO RECEIVE COPIES

Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia  23230-1588

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218

William Henry Romm III
801 Forest Ave.
Henrico, VA 23229

Costen Floors, Inc.
c/o Derrick E. Rosser, Registered Agent
211-A England Street
Ashland, VA  23005