**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **William Henry Room, III** | ) | Case No.  19-30155 |
| **Debtor** | ) | Chapter 13 |

**MOTION BY TRUSTEE TO CONVERT CASE**
**FROM CHAPTER 13 TO CHAPTER 7**

COMES NOW, the Chapter 13 Trustee, by counsel, and pursuant to 11 U.S.C. 1307 (c) moves the Court to Convert this case from a Chapter 13 case to a case under Chapter 7 of the Bankruptcy Courts; and in support of the Trustee's Motion to Convert this Case states as follows:

1.     The Debtor currently has a confirmed Chapter 13 case filed on January 10, 2019 and the 341 hearing was originally held on February 28th, 2019;

2.     Carl M. Bates has been appointed the Chapter 13 Trustee in this case, and the 341 hearing has been conducted and completed;  and the case has been confirmed;

3.     Based upon evidence, on or about February 8, 2019 within 30 days of filing his petition the debtor was gifted (from his mother) land located at 322 Puddin Ridge Road, Moyock, NC , which has significant value and equity.

5.     Upon belief and evidence, on or about February 18th, 2019, the Debtor transferred ownership of the real estate, from himself to James M. Jarvis, Jr. for an amount of $70,000.00.

6.     This gift of land to the debtor and the subsequent transfer of the land from debtor to Mr. Jarvis was not disclosed at the 341 hearing nor was it disclosed in amended schedules filed.

7.  The debtor would need to pay this $70,000.00 into the case under 11 USC 541, and 11 USC 1306, but the debtor did not pay those funds into the case, and does not have the funds nor feasibility to fund a plan to meet the requirements

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

    8.    The circumstances of the case suggest that a conversion would be in the best interest of the creditors and the estate.

WHEREFORE, the Chapter 13 Trustee, by Counsel, hereby moves the Court to convert this Chapter 13 case to a Chapter 7 case.

> Carl M. Bates
> By Counsel
> Susan H. Call
>
> By:   /s/ Susan H. Call
>       Susan H. Call, VSB #34367
>       Counsel for Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, a copy of the foregoing Motion was electronically transmitted and/or mailed, first class mail, postage prepaid, to Debtor, William Romm, III, at 801 Forest Ave Henrico, VA 23229; to Christopher Flynn, by electronic notification at: ecf@bolemanlaw.com, Counsel for the Debtor, and to all necessary parties in interest.

> /s/ Susan H. Call
> Susan H. Call, VSB #34367

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:                                         )
    William Henry Room, III         )        Case No.   19-30155
    Debtor                                )        Chapter 13

**NOTICE OF MOTION AND NOTICE OF HEARING**

The Chapter 13 Trustee has filed papers with the Court to request an Order be entered ordering that the above case be converted from a Chapter 13 to a Chapter 7 case.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) business days before the date of the hearing, you or your attorney must:

**File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street
        Richmond, VA 23219

You must also mail a copy to:

        Susan H. Call
        Counsel for Carl M. Bates
        Chapter 13 Trustee
        P. O. Box 1890
        Richmond, Virginia 23218-1780

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**Attend the Hearing scheduled to be held on <u>June 3, 2020</u>, at <u>11:30 A.M.</u>, at the U.S. Bankruptcy Court, 701 East Broad Street, Room <u>5000</u>, Richmond, Virginia, 23219.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

<u>s/ Susan H. Call</u>
Susan H. Call, VSB #34367

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served by first-class mail, postage prepaid, May 4, 2020, to the Debtor, William Romm, III, at 801 Forest Ave Henrico, VA 23229; to Christopher Flynn, by electronic notification at: <u>ecf@bolemanlaw.com</u>, Counsel for the Debtor, and to all necessary parties in interest.

<u>/s/ Susan H. Call</u>
Susan H. Call, VSB #34367

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 19-30155-KRH<br>Eastern District of Virginia<br>Richmond<br>Mon May  4 11:30:42 EDT 2020 | Ferguson Enterprises, Inc.<br>c/o PAUL J. FEINMAN<br>Petty, Livingston, Dawson & Richards<br>P. O. Box 1080<br>LYNCHBURG, VA 24505-1080 | Gits Masonry, Inc.,<br>2655 Rocky Oak Road<br>Powhatan, VA 23139-7411 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Andrew M. Lohmann, Esq.<br>Hirschler Fleischer<br>2100 E. Cary St., 4th Floor<br>Richmond, VA 23223-7270 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Citibank<br>Attn: Bankruptcy Dept<br>Post Office Box 6062<br>Sioux Falls, SD 57117-6062 | Corporate Creations Network<br>6802 Paragon Place<br>#410<br>Richmond, VA 23230-1655 | Costen Floors, Inc.<br>PO Box 29468<br>Henrico, VA 23242-0468 |
| Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Dankos, Gordon & Tucker, PC<br>1360 East Parham Road<br>Ste. 200<br>Henrico, VA 23228-2366 | David T. Spruill, Esq &<br>Deana Hackworth, Esq<br>120 Corporate Blvd<br>Norfolk, VA 23502-4952 |
| Derrick E. Rosser, P.C.<br>211-A England Street<br>Ashland, VA 23005-2086 | Eppa Hunton, Esq<br>Re: Massey Builder's Supply Co<br>6720 Patterson Ave #D<br>Richmond, VA 23226-3434 | Ferguson Enterprises, Inc.<br>12500 Jefferson Avenue<br>Newport News, VA 23602-4314 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Gits Msonry, Inc.<br>Teddy J. Midkiff<br>125 St Pauls Blvd, Suite 504<br>Norfolk, VA 23510-2734 | Inderpreet Singh & Saranjeet K<br>c/o Jaclyn E. Murphy, Esq.<br>10303 Memory Ln., St. 101<br>Chesterfield, VA 23832-8816 |
| Inderpreet Singh and Saranjeet Kaur<br>c/o Todd M. Ritter<br>PO Box 3570<br>Chester, Virginia 23831-8481 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jacques P. Gits<br>2693 Rocky Oak Road<br>Powhatan, VA 23139-7411 | Jeanette Hu<br>c/o William K. Grogan & Assoc<br>203 East Cary Street, Ste. 200<br>Richmond, VA 23219-3746 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lafayette, Ayers & Whitlock<br>10160 Staples Mill Rd<br>Ste 105<br>Glen Allen, VA 23060-3447 | Lester C. Brock, Esq.<br>Harman, Claytor, Corrigan<br>4951 Lake Brook Drive<br>Glen Allen, VA 23060-9279 | Luck Stone Corporation<br>PO Box 29682<br>Henrico, VA 23242-0682 |
| Massey Builder's Supply Corp<br>2303 Dabney Road<br>Richmond, VA 23230-2947 | NA Partners in Anesthesia<br>68 S. Service Road<br>Suite 350<br>Melville, NY 11747-2358 | Pete Rose Inc<br>9207 Old Staples Mill Rd<br>Henrico, VA 23228-2009 |

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541-1067

Riverside Brick & Supply Compa
1200 Maury Street
Richmond, VA 23224-3915

Riverside Brick & Supply Company, Inc.
c/o Edward S. Whitlock, III, Esq.
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, VA 23060-3447

Ryan F. Furgurson, Esq.
William B. Cave & Associates
2800 Buford Road, Suite 102
Richmond, VA 23235-2453

S.B. Cox Ready Mix, Inc.
901 Potomac Street PO Box 7737
Henrico, VA 23231-0237

S.B. Cox Ready Mix, Inc.
Cawthorn, Deskevich & Gavin, PC
9701 Metropolitan Ct, Suite C
Richmond, VA 23236-3694

Solodar & Solodar
Re: Bankruptcy
4825 Radford Ave., Suite 201
Richmond, VA 23230-3532

Superior Walls of Central VA
10101 Superior Way
Amelia Court House, VA 23002-4744

Superior Walls of Central VA
Ronald Page, PCL
PO Box 73087
N. Chesterfield, VA 23235-8025

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

US Attorney
Suntrust Building
919 East Main Street, Suite 1900
Richmond, VA 23219-4622

Urbanna Builders Supply Co.
146 General Puller Hwy
Saluda, VA 23149-0000

Urbanna Builders' Supply Co., LLC
c/o M. Richard Epps, P.C.
605 Lynnhaven Parkway, Suite 200
Virginia Beach, VA 23452-7484

Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304-2225

Virginia Dept of Taxation
P.O. Box 2156
Richmond, VA 23218-2156

Wells Fargo Bank, N.A.
Attn: Default Document Processing
MAC# N9286-01Y, 1000 Blue Gentian R
Eagan, MN 55121-7700

Wells Fargo Home Mortgage
3480 Stateview Blvd
Fort Mill, SC 29715-7203

Carl M. Bates
341 Dial 866-813-0912 Code: 8576180
P. O. Box 1819
Richmond, VA 23218-1819

Christopher John Flynn
Boleman Law Firm
PO Box 11588
Richmond, VA 23230-1588

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Laura Taylor Alridge
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588

Stephen F. Relyea
Boleman Law Firm, P.C.
PO Box 11588
Richmond, VA 23230-1588

Veronica D. Brown-Moseley
Boleman Law Firm, P.C.
PO Box 11588
Richmond, VA 23230-1588

William Henry Romm III
801 Forest Ave
Henrico, VA 23229-6819

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank USA<br>PO Box 85015<br>Richmond, VA 23285-0000 | Fifth Third Bank<br>38 Fountain Square Plz<br>Cincinnati, OH 45263-0000 | Internal Revenue Service<br>400 N. 8th St., Box 76<br>Stop Room 898<br>Richmond, VA 23219-0000 |
| (d)Internal Revenue Service<br>Proceedings & Insolvencies<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Superior Walls of Central Virginia, Inc. | (u)WELLS FARGO BANK, N.A. | (d)Ferguson Enterprises, Inc.<br>c/o Paul J. Feinman<br>PETTY, LIVINGSTON, DAWSON & RICHARDS<br>P. O. Box 1080<br>Lynchburg, VA 24505-1080 |
| (d)Gits Masonry, Inc.<br>2655 Rocky Oak Road<br>Powhatan, VA 23139-7411 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

End of Label Matrix
Mailable recipients    54
Bypassed recipients     6
Total                  60