**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re: William Henry Romm III                                    Case No. 19-30155-KRH
Debtor                                                                          Chapter 13

Debtor's Address:  801 Forest Avenue
                              Henrico, Virginia 23229

Last Four Digits of Debtor's SSN: xxx-xx-1989

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF HEARING**

  Counsel for the Debtor, William Henry Romm, III, has filed a Motion to Withdraw as Counsel, asking that the Court permit the Boleman Law Firm, P.C., and its lawyers to withdraw as counsel of record in this Chapter 13 case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one.**

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT, 701 EAST BROAD STREET, COURTROOM 5000, RICHMOND, VA 23219, ON October 7, 2020, AT 12:00 P.M.**

  If you want to be heard on this matter, then no later than seven (7) days prior to the date of the hearing, you or your attorney must:

1.  File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

        Clerk of Court
      United States Bankruptcy Court
     701 East Broad Street, Suite 4000
        Richmond, VA 23219

2.  You must also send a copy to:

       Boleman Law Firm, P.C.
       2104 Laburnum Ave., Suite 201
       P.O. Box 11588
       Richmond, VA 23230-1588

Amanda Erin DeBerry (VSB #83805)
Boleman Law Firm, P.C.
2104 W. Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Dated:  <u>September 23, 2020</u>

                              **Respectfully Submitted,**
                              BOLEMAN LAW FIRM, P.C.

                          By:  <u>/s/ Amanda Erin DeBerry</u>
                                Amanda Erin DeBerry (VSB #83805)
                                Boleman Law Firm, P.C.
                                2104 W. Laburnum Avenue, Suite 201
                                P.O. Box 11588
                                Richmond, Virginia 23230-1588
                                Telephone (804) 358-9900
                                Counsel for Debtor

## **CERTIFICATE OF SERVICE**

      I certify that, on September 23, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to Debtor, the Chapter 13Trustee, the United States Trustee if other than by electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the attached mailing matrix.

                        By:  <u>/s/ Amanda Erin DeBerry</u>
                              Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: William Henry Romm III                                  Case No. 19-30155-KRH
Debtor                                                                          Chapter 13

## MOTION TO WITHDRAW AS COUNSEL

Boleman Law Firm, P.C., ("Boleman") hereby respectfully requests that the Court allow Boleman and each of its respective lawyers to withdraw as counsel of record for William Henry Romm III (the "Debtor") based upon the following reasons:

1. Debtor filed this case on January 10, 2019.

2. Counsel and the Debtor are having difficulty communicating, including the provision of requested documents to the Trustee, and a fundamental difference of opinions in how the case should be handled, such that continued representation of the Debtor is difficult, if not impossible.

3. The Trustee has filed a Motion to Convert, through which certain allegations have been raised, which lead Counsel to be concerned as to the accuracy and completeness of filings in the instant case.

4. Counsel believes continued representation of the Debtor under the circumstances would be in violation of the Rules of Professional Conduct, i.e., Rule 1.2(c) and Rule 3.3(a).

5. Further, counsel believes Rule 1.16(a) requires termination of the representation and requires that counsel seek leave to withdrawal.

Amanda Erin DeBerry (VSB #83805)
Boleman Law Firm, P.C.
2104 W. Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

6. Under all the circumstances of this case, Boleman Law Firm, P.C. is unable to represent the Debtor in a manner compliant with the requirements of this Court in this case, and the professional requirements set forth by the State Bar of Virginia.

7. Counsel has made every effort to avoid having to withdraw as counsel in the case, and is aware of the implications of the Debtor proceeding without counsel, particularly in the upcoming Motion to Convert. However, due to the implications of Rule 1.2(c) and (e), Counsel believes their continued representation of the Debtor in any future hearings is not in his best interests, and is in violation of the Rules of Professional Conduct.

WHEREFORE Boleman Law Firm, P.C., and its respective lawyers request that this Honorable Court enter an Order permitting the withdrawal as counsel of record and grant any further relief that the Court deems to be just and proper under the circumstances.

**Respectfully Submitted,**

BOLEMAN LAW FIRM, P.C.

By: /s/ Amanda Erin DeBerry
Amanda Erin DeBerry (VSB #83805)
Boleman Law Firm, P.C.
2104 W. Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

## **CERTIFICATE OF SERVICE**

      I certify that, on September 23, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to Debtors, the Chapter 13 Trustee, the United States Trustee if other than by electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the attached mailing matrix.

                                        By:  /s/ Amanda Erin DeBerry
                                              Counsel for Debtor

| | | |
|---|---|---|
| Andrew M. Lohmann, Esq.<br>Hirschler Fleischer<br>2100 E. Cary St., 4th Floor<br>Richmond, VA 23223 | Capital One Bank USA<br>PO Box 85015<br>Richmond, VA 23285 | Citibank<br>Attn: Bankruptcy Dept<br>Post Office Box 6062<br>Sioux Falls, SD 57117 |
| Corporate Creations Network<br>6802 Paragon Place<br>#410<br>Richmond, VA 23230 | Costen Floors, Inc.<br>PO Box 29468<br>Henrico, VA 23242 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193 |
| Dankos, Gordon & Tucker, PC<br>1360 East Parham Road<br>Ste. 200<br>Henrico, VA 23228 | David T. Spruill, Esq &<br>Deana Hackworth, Esq<br>120 Corporate Blvd<br>Norfolk, VA 23502 | Derrick E. Rosser, P.C.<br>211-A England Street<br>Ashland, VA 23005 |
| Eppa Hunton, Esq<br>Re: Massey Builder's Supply Co<br>6720 Patterson Ave #D<br>Richmond, VA 23226 | Ferguson Enterprises, Inc.<br>12500 Jefferson Avenue<br>Newport News, VA 23602 | Fifth Third Bank<br>38 Fountain Square Plz<br>Cincinnati, OH 45263 |
| Gits Masonry, Inc.<br>2655 Rocky Oak Road<br>Powhatan, VA 23139 | Inderpreet Singh & Saranjeet K<br>c/o Jaclyn E. Murphy, Esq.<br>10303 Memory Ln., St. 101<br>Chesterfield, VA 23832 | Internal Revenue Service<br>400 N. 8th St., Box 76<br>Stop Room 898<br>Richmond, VA 23219 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Proceedings & Insolvencies<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 |
| Jacques P. Gits<br>2693 Rocky Oak Road<br>Powhatan, VA 23139 | Jeanette Hu<br>c/o William K. Grogan & Assoc<br>203 East Cary Street, Ste. 200<br>Richmond, VA 23219-3746 | Lafayette, Ayers & Whitlock<br>10160 Staples Mill Rd<br>Ste 105<br>Glen Allen, VA 23060 |
| Lester C. Brock, Esq.<br>Harman, Claytor, Corrigan<br>4951 Lake Brook Drive<br>Glen Allen, VA 23060 | Luck Stone Corporation<br>PO Box 29682<br>Henrico, VA 23242 | Massey Builder's Supply Corp<br>2303 Dabney Road<br>Richmond, VA 23228 |
| NA Partners in Anesthesia<br>68 S. Service Road<br>Suite 350<br>Melville, NY 11747 | Pete Rose Inc<br>9207 Old Staples Mill Rd<br>Henrico, VA 23228 | Petty, Livingston, Dawson & Ri<br>P.O. Box 1080<br>Lynchburg, VA 24505 |
| Portolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 | Riverside Brick & Supply Compa<br>1200 Maury Street<br>Richmond, VA 23224 | Ronald A. Page, Jr.<br>P.O. Box 73087<br>N. Chesterfield, VA 23235 |

| | | |
|---|---|---|
| Ryan F. Furgurson, Esq.<br>William B. Cave & Associates<br>2800 Buford Road, Suite 102<br>Richmond, VA 23235 | S.B. Cox Ready Mix, Inc.<br>901 Potomac Street PO Box 7737<br>Henrico, VA 23231 | Solodar & Solodar<br>Re: Bankruptcy<br>4825 Radford Ave., Suite 201<br>Richmond, VA 23230-3532 |
| Superior Walls of Central VA<br>10101 Superior Way<br>Amelia Court House, VA 23002 | Urbanna Builders Supply Co.<br>146 General Puller Hwy<br>Saluda, VA 23149 | Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 |
| Virginia Dept of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218 | Wells Fargo Home Mortgage<br>3480 Stateview Blvd<br>Fort Mill, SC 29716 | |