Attorney for Debtor(s):
Ellen P. Ray, # 32286
Main Street Law Offices
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  William Henry Romm, III , Debtor

Case No. 19-30155-KRH
Chapter 7

Motion for Voluntary Dismissal with Prejudice

Comes now William Henry Romm, III, debtor, by counsel, Ellen P. Ray, Esq. and shows the court as follows:

1. Debtor's case was converted by motion of chapter 13 trustee on November 4, 2020. Debtor was unrepresented by counsel at the time of conversion due to the fact that counsel had been granted their request to withdraw before the case was converted. Debtor subsequently hired current counsel to assist with chapter 7 case.

2. Debtor has now decided, after consultation with counsel and with family, to request a dismissal of this case, with prejudice to file a case which would discharge any of the debt he owed at the time this case was filed. Debtor understands the consequence of a dismissal of this case.

Wherefore, debtor prays for an order dismissing the above styled case with prejudice.

Respectfully submitted
**William Henry Romm, III**

By:     /s/ Ellen  P. Ray
                    Counsel

Certificate of Service

I hereby certify that on this   19th  day of   May   , 2021, I mailed the Motion to Dismiss by first class mail, postage pre-paid to: United States Trustee via ECF, the trustee, Bruce Robinson , via ECF and to all interested parties as listed on the attached creditor list.

   /s/ Ellen P. Ray
Ellen P. Ray

Attorney for Debtor
Ellen P. Ray, Esq. #32286
**Main Street Law Offices**
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  William Henry Romm, III , Debtor

Case No.: 19-30155-KRH
Chapter 7

### Notice of Motion of by Debtor for Voluntary Dismissal with Prejudice

William Henry Romm, III , the debtor, has filed papers with the Court to obtain an Order for the Debtor's' Voluntary Dismissal. Your rights may be affected.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Debtors' Voluntary Motion to Dismiss, or if you want the Court to consider your views on the motion, then on or before June 2, 2021, you or your attorney must:

File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 4001(a)-1(c) and 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.  You must mail a copy of your response to the following:

| Clerk of Court | Ellen P. Ray, Esq. | U.S. Trustee | Bruce Robinson |
|---|---|---|---|
| U. S. Bankruptcy Court | 1701 W. Main St | 701 E. Broad Street | Chapter 7 Trustee |
| 701 E. Broad Street | Richmond, VA 23220 | Suite 4304 | PO Box 538 |
| Richmond, VA 23219-3515 | | Richmond, VA 23219 | South Hill, VA 23970-0538 |

Attend the preliminary hearing to be scheduled by the Clerk of Court, notice of   which will be mailed at a later date.  **If no timely response has been filed  opposing the relief requested, the Court may grant the relief requested in the Motion for Voluntary Dismissal, with prejudice.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions, and may enter an order granting that relief.

_____/s/ Ellen P. Ray_____            _____5/19/2021_____
Ellen P. Ray, Esq.                                                            Date

Certificate of Service

I hereby certify that I have this  _19th_   day of  __May___, 2021,  mailed, sent electronically or  hand delivered a true copy of this Motion to Dismiss to the parties Bruce Robinson, trustee, via ECF and the United States Trustee via ECF and all other parties of interest listed on the attached creditor list.

_____/s/ Ellen P. Ray_____
Ellen P. Ray